

**GREGORY D. MILLER**
PARTNER
(201) 287-2474
gregory.miller@rivkin.com

WWW.RIVKINRADLER.COM

25 Main Street,
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460  F 201.489.0495

July 10, 2025

**VIA ECF**
United States District Court Clerk
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: *Abbvie Inc., et al. v. Aurobindo Pharma U.S.A. Inc., et al*
Civil Action No.: 3:24-cv-4403-ZNQ-JBD (coordinated with Civil Action Nos. 24-4603, 24-4662, 24-4852)

Dear Sir/Madam:

This firm represents Defendants, MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, and MSN Life Sciences Private Limited (collectively, "MSN Defendants") in the above-referenced action. Pursuant to L. Civ. R. 6.1(b), we request an automatic extension of MSN Defendants' time within which to answer, move, or otherwise respond to Plaintiffs' Third Amended Complaint (D.E. 61 filed in C.A. No. 24-4662) by fourteen (14) days, or until July 25, 2025. MSN Defendants have not requested a previous extension or adjournment of this deadline. MSN Defendants' time within which to answer, move or otherwise respond to the Third Amended Complaint currently expires on July 11, 2025.

We thank the Court for its attention to this matter.

Respectfully submitted,
**RIVKIN RADLER LLP**

*s/ Gregory D. Miller*
Gregory D. Miller

cc: All Counsel of Record (*via* ECF)

66 South Pearl Street, 11th Floor    1301 Riverplace Boulevard    477 Madison Avenue    2649 South Road    926 RXR Plaza
Albany, NY 12207-1533               Jacksonville, FL 32207-9047   New York, NY 10022-5843  Poughkeepsie, NY 12601-6843  Uniondale, NY 11556-0926
T 518.462.3000 F 518.462.4199       T 904.792.8925 F 904.467.3461  T 212.455.9555 F 212.687.9044  T 845.473.8100 F 845.473.8777  T 516.357.3000 F 516.357.3333